| Information to identify the case: | | |
|---|---|---|
| Debtor | **River Ridge LLC**<br>Name | EIN **47–2532817** |
| United States Bankruptcy Court **District of Connecticut**<br>Case number: **19–51234 jam** | | Date case filed for chapter **7   9/13/19** |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                                                                  12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | River Ridge LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 19 Sugar Hollow Rd.<br>Wilton, CT 06897 | |
| 4. | **Debtor's attorney**<br>Name and address | Ellery E. Plotkin<br>Law Offices of Ellery E. Plotkin, LLC<br>16 River St.<br>Norwalk, CT 06850 | Contact phone 203 325–4457 |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard M. Coan<br>Coan Lewendon Gulliver & Miltenberger LL<br>495 Orange Street<br>New Haven, CT 06511 | Contact phone (203)624–4756 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 915 Lafayette Blvd<br>Bridgeport, CT 06604 | **Hours Open:** 9:00 a.m. – 4:00 p.m. Monday – Friday<br>**Contact phone:** 203–579–5808<br>**VCIS:** Toll Free 1–866–222–8029<br>**Date:** 9/14/19 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 23, 2019 at 09:30 AM**<br><br>**PLEASE ARRIVE 20 MINUTES BEFORE YOUR SCHEDULED HEARING TIME TO ALLOW FOR THE SECURITY SCREENING PROCESS REQUIRED TO ENTER THE BUILDING.** | Location:<br><br>**The Giaimo Federal Building, 150 Court Street, Room 309, at intersection of Court and Orange St., New Haven, CT 06510** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**