# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
October 17, 2019

In re:

    River Ridge LLC
    Debtor*

Case Number: 19–51234 jam
Chapter: 7

### ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE TO CURE DEFICIENCY

    A Deficiency Notice/Notice of Dismissal of case was issued in the above–referenced case on September 16, 2019, for failure of the Debtor(s) to file all missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007, and Local Bankruptcy Rule 1007–1 and 1007–2 as amended or revised, and/or failure to pay the filing fee pursuant to Federal Rule of Bankruptcy Procedure 1006(a), (the "Deficiency Notice", ECF No. 3).

    The Debtor has failed to timely cure any and/or all deficiencies set forth in the Deficiency Notice; it is hereby

    **ORDERED:** The Debtor's Chapter 7 case is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 17, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 – ts

*For the purposes of this order, "Debtor" means "Debtors" where applicable.